The People of the State of New York, Respondent,
against
Giraldo Valle, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Steven J. Hornstein, J.), rendered September 5, 2018, convicting him, upon his plea of guilty, of speeding in violation of Vehicle and Traffic Law § 1180(a), and sentencing him conditional discharge and a $150 fine.




Per Curiam.
Judgment of conviction (Steven J. Hornstein, J.), rendered September 5, 2018, affirmed.
The sentence imposed upon defendant's plea of guilty to speeding in violation of Vehicle and Traffic Law [VTL] § 1180(a), specifically, both a $150 fine and conditional discharge, was not illegal. A defendant convicted of violating VTL § 1180 can "be punished by a fine of not less than forty-five nor more than one hundred fifty dollars, or by imprisonment for not more than fifteen days, or by both such fine and imprisonment" (VTL § 1180[h][2]). In lieu of imprisonment, a court may impose a conditional discharge upon a person convicted of any offense for which imprisonment is not a mandated sentence (see Penal Law § 65.05[1][a]), and whenever a court imposes a sentence of conditional discharge, it may also impose a fine (see Penal Law § 60.01[2][c]). Accordingly, the court legally sentenced defendant to both a fine and conditional discharge.
In any event, the only relief defendant requests is dismissal of the accusatory instrument, rather than a remand for resentencing, and he expressly requests that this Court affirm his conviction if it does not grant a dismissal. Since dismissal is not warranted, we affirm on this basis as well.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 14, 2020